# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JEFF WELCH and TANYA WHITE,<br><br>Plaintiffs,<br>v.<br><br>JG WORLDWIDE, LLC, JENA GARDNER, and JAMES SALEH,<br><br>Defendants. | CV-19-8-BU-BMM<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge Jeremiah Lynch entered Findings and Recommendations in this matter on June 7, 2019. (Doc. 28.) Judge Lynch recommended that Defendants JG Worldwide LLC, Jena Gardner, and James Saleh's ("Defendants") Motion to Dismiss (Doc. 10) be denied. (Doc. 28 at 13.)

Neither party filed objections. The Court reviews findings and recommendations not objected to for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). The Court finds no error in Judge Lynch's Findings and Recommendations and adopts them in full.

Accordingly, IT IS ORDERED:

1

1. Judge Lynch's Findings and Recommendations (Doc. 28) is ADOPTED IN FULL.

2. Defendants' Motion to Dismiss (Doc. 10) is DENIED.

DATED this 2nd day of July, 2019.

_____
Brian Morris
United States District Court Judge