# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JEFF WELCH and TANYA WHITE, ) ) ) | ) CAUSE NO. CV-19-8-BU-BMM-JCL ) |
| Plaintiffs, ) vs. ) ) | ) **JUDGMENT** ) |
| JG WORLDWIDE, LLC, JENA GARDNER and JAMES SALEH, ) ) ) | |
| Defendants. ) | |

Pursuant to the Stipulation for Entry of Judgment signed by the Defendants JG Worldwide, LLC, Jena Gardner, and James Saleh, and filed in this matter as Doc. 30, the Court hereby enters judgment in this matter in favor of Plaintiffs Jeff Welch and Tanya White and against Defendants JG Worldwide, LLC, Jena Gardner, and James Saleh, in the amount of $223,136.00.

DATED this 24th day of July, 2019.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge